IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MOROSKY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-996 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's Motion (**Doc. 17**) to sever Plaintiff's bad faith claims is **DENIED**, for essentially the same reasons as stated in Consugar v. Nationwide Ins. Co. of Amer., 2011 WL 2360208, *6-7 & n.1 (M.D. Pa. Jun. 9, 2011). Defendant's Motion (**Doc. 16**) for a protective order also is **DENIED**, although, as Plaintiff agrees, the deadline for Defendant's responses to written discovery is established by reference to the parties' Rule 26(f) conference, not the date that the discovery requests were served. See Pl.'s Opp'n Br. (Doc. 21) at ¶ 6.

IT IS SO ORDERED.

November 13, 2012                                s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via ECF email notification):

All Counsel of Record